UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-ZLOCH

CHERL SEARS,

        Plaintiff,

vs.                                    **O R D E R**

THE SCHOOL BOARD OF
BROWARD COUNTY, FLORIDA,

        Defendant.
_____/



FILED by _____ D.C.
JAN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Defendant, Broward County School Board, Florida's, Unopposed Motion For Enlargement Of Time To Respond to Plaintiff's Second Amended Complaint, bearing file stamp of the Clerk of this Court dated January 10, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendant's aforementioned Unopposed Motion For Enlargement Of Time be same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _19th_ day of January, 2000.

                                            _____
                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:
  John A. Walker, Esq.
  Mark J. Berkowitz, Esq.