UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-ZLOCH

CHERL SEARS,

    Plaintiff

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

**ORDER OF RECUSAL**

FILED by _____ D.C.
FEB 29 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

    The undersigned Judge, to whom the above-styled cause has been assigned, hereby recuses himself and refers this cause to the Clerk of the Court for reassignment pursuant to 28 U.S.C. § 455 and Local Rule 3.6.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _29th_ day of _FEBRUARY_, 2000.

                                      WILLIAM J. ZLOCH
                                      United States District Judge

    In accordance with the Local Rules for the Southern District of Florida, providing for the random and equal allotment of cases, this cause is hereby reassigned to the calendar of United States District Judge ___WILLIAM P. DIMITROULEAS___.

Copies of this Order shall be served on all parties of record by United States Mail. All documents for filing in this case shall carry the following case number and designation:

00-6017-CV-DIMITROULEAS.

BY ORDER of the Court this  29th  day of February , 2000.

                        CLARENCE MADDOX
                        Clerk of Court

                        By_____
                            Deputy Clerk

Copies furnished:

Mark J. Berkowitz, Esq.
For Plaintiff

Gordon D. Rogers, Esq.
John A. Walker, Esq.
For Defendant