UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,

   Plaintiff,

v.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

   Defendant.

### NOTICE OF SUBSTITUTION OF COUNSEL

The law firm of Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., is hereby notifying the Court and all interested parties that Debra M. Leder, Esquire, has been substituted for John A. Walker, Esquire, as counsel for Defendant in this action.

Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2338
(305) 358-5500 (Miami-Dade)
(954) 522-0393 (Broward)
(305) 379-3802 (Fax)

MULLER, MINTZ, KORNREICH, CALDWELL,
CASEY, CROSLAND & BRAMNICK, P.A.

By __Debra M. Leder/for__
Gordon D. Rogers, Esquire
grogers@mullermintz.com
Florida Bar No. 240168
Counsel for Defendant

By __Debra M. Leder__
Debra M. Leder
dleder@mullermintz.com
Florida Bar No. 992161
Counsel for Defendant



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this 14 day of March, 2000.

*Debra M. Leder*
Debra M. Leder