UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
NORTHERN DIVISION

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS, )
)
       Plaintiff, )
)
v. )
)
THE SCHOOL BOARD OF BROWARD )
COUNTY, FLORIDA, )
)
       Defendant. )
_____)



### NOTICE OF VACATION

Please take notice that the undersigned counsel, DEBRA M. LEDER, ESQ., will be on vacation from Friday, March 24, 2000 through Monday, April 10, 2000. Therefore, the undersigned counsel hereby requests that all counsel of record refrain from setting, scheduling and noticing motions for hearings, taking depositions, or conducting other case activity requiring her attendance during that time. Accordingly, the undersigned counsel further requests the professional courtesy and cooperation of all counsel of record during this scheduled vacation.

Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2338
(305) 358-5500 (Miami-Dade)
(954) 522-0393 (Broward)
(305) 379-3802 (Fax)

MULLER, MINTZ, KORNREICH, CALDWELL,
CASEY, CROSLAND & BRAMNICK, P.A.

By_____*Debra M. Leder*_____
Debra M. Leder
Florida Bar No. 992161
Counsel for Defendant



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this 14 day of March, 2000.

*Debra M. Leder*
Debra M. Leder