UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS

CHERL SEARS,

    Plaintiff,

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

FILED by _____ D.C.
APR 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS CAUSE is before the Court upon Plaintiff, Cherl Sears' Motion for Enlargement of Time for the Filing of a Joint Scheduling Report and Joint Scheduling Order, filed herein on April 3, 2000. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** Plaintiff's Motion for Enlargement of Time is hereby **GRANTED**. Parties shall submit a joint scheduling report with the Court by April 10, 2000.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this 5 day of April, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Mark Berkowitz, Esq.
Gordon Rogers, Esq.