UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00--6017-CIV-DIMITROULEAS/JOHNSON

CHERL SEARS,

   Plaintiff,

v.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

   Defendant.

## DEFENDANT'S NOTICE OF NON-CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE

Defendant, the SCHOOL BOARD OF BROWARD COUNTY, FLORIDA ("School Board"), through its counsel Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., gives notice consistent with paragraph numbered 12 of the Joint Status Report, filed April 6, 2000, and in compliance with numbered paragraph 5 of this Court's Order Setting Trial Date & Discovery Deadlines, Referring Case to Mediation & Referring Discovery Motions to United States Magistrate Judge, entered April 6, 2000, that the School Board has been consulted and does not consent to trial of this case before a United States Magistrate Judge.

Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2338
(305) 358-5500 (Miami-Dade)
(954) 522-0393 (Broward)
(305) 379-3802 (Fax)

MULLER, MINTZ, KORNREICH, CALDWELL,
CASEY, CROSLAND & BRAMNICK, P.A.

By_____
 Gordon D. Rogers, Esquire
 Florida Bar No. 240168
 grogers@mullermintz.com

By_____
 Debra M. Lubkin
 Florida Bar No. 922161
 dlubkin@mullermintz.com
 Counsel for Defendant



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this 26th day of April, 2000.

*Debra M. Lubkin*
Debra M. Lubkin