UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,                              )
                                          )
            Plaintiff,                    )
                                          )
v.                                        )
                                          )
THE SCHOOL BOARD OF BROWARD               )
COUNTY, FLORIDA,                          )
                                          )
            Defendant.                    )
_____)

## NOTICE OF APPEARANCE

The law firm of Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., hereby notifies the Court and all interested parties of the appearance of Debra M. Lubkin, Esquire, as co-counsel for the School Board of Broward County, Florida, in this proceeding. All correspondence and notices may continue to be addressed to attorney Gordon D. Rogers, Esquire who remains lead counsel for the School Board of Broward County, Florida.

Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2338
(305) 358-5500 (Miami-Dade)
(954) 522-0393 (Broward)
(305) 379-3802 (Fax)

MULLER, MINTZ, KORNREICH, CALDWELL,
CASEY, CROSLAND & BRAMNICK, P.A.

By_____
Gordon D. Rogers
grogers@mullermintz.com
Florida Bar No. 240168

By **Debra M. Lubkin**
Debra M. Lubkin
dlubkin@mullermintz.com
Florida Bar No. 992161
Counsel for Defendant



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this __1__ day of June, 2000.

*Debra M. Lubkin*

Debra M. Lubkin