UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,           )
                       )
        Plaintiff,     )
                       )
v.                     )
                       )
THE SCHOOL BOARD OF BROWARD )
COUNTY, FLORIDA,       )
                       )
        Defendant.     )
_____)

## NOTICE OF STIPULATION TO MEDIATOR

Defendant, THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, through its counsel, Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., gives notice that pursuant to this Court's Order dated April 6, 2000, the parties in the above-styled matter have reached agreement on the selection of a mediator and have selected Leslie W. Langbein, Esquire, of Langbein & Langbein, P.A., as the mediator in this matter. The mediation will be scheduled at a place, date, and time convenient to the mediator, the parties, and their respective counsel.

Suite 3600  
First Union Financial Center  
200 South Biscayne Boulevard  
Miami, Florida 33131-2338  
(305) 358-5500 (Miami-Dade)  
(954) 522-0393 (Broward)  
(305) 379-3802 (Fax)  

MULLER, MINTZ, KORNREICH, CALDWELL,  
CASEY, CROSLAND & BRAMNICK, P.A.

By_____  
Gordon D. Rogers, Esquire  
grogers@mullermintz.com  
Florida Bar No. 240168

By_____  
Debra M. Lubkin  
dlubkin@mullermintz.com  
Florida Bar No. 0992161  
Counsel for Defendant



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this 5 day of June, 2000.

Debra M. Lubkin