UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,                    )
                                )
        Plaintiff,              )
                                )
v.                              )     DEFENDANT'S NOTICE OF
                                )     UNAVAILABILITY
THE SCHOOL BOARD OF BROWARD     )
COUNTY, FLORIDA,                )
                                )
        Defendant.              )
_____)

Defendant, THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, through its counsel, Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., hereby notifies the Court and all parties to this action that the undersigned Gordon D. Rogers, Esquire, will be unavailable and out of the country from Monday, December 11, 2000 to Tuesday, December 19, 2000. Accordingly, it is respectfully requested that no hearings, depositions, or any other proceedings requiring appearance be scheduled during this period of time.

Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2338
(305) 358-5500 (Miami-Dade)
(954) 522-0393 (Broward)
(305) 379-3802 (Fax)

MULLER, MINTZ, KORNREICH, CALDWELL,
CASEY, CROSLAND & BRAMNICK, P.A.

By_____
Gordon D. Rogers, Esquire
grogers@mullermintz.com
Florida Bar No. 240168
Counsel for Defendant



CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this 4th day of October, 2000.

Gordon D. Rogers