UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,           )
                       )
         Plaintiff,    )
                       )
v.                     )
                       )
THE SCHOOL BOARD OF BROWARD )
COUNTY, FLORIDA,       )
                       )
         Defendant.    )
_____)



## AGREED MOTION FOR ENLARGEMENT OF
## TIME TO FILE DISPOSITIVE MOTIONS

Defendant, the SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, through its counsel Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., respectfully requests an enlargement of time through and including December 22, 2000, within which to file dispositive motions, and states the following in support:

1.   This action was originally filed on March 4, 1999, in state court. Plaintiff subsequently amended her Complaint to add certain federal claims and thus, on March 7, 2000, Defendant removed the action to this Court. By Order dated April 6, 2000, the Court set this matter for trial on the Court's two-week trial docket commencing February 26, 2001. In that Order, the Court also set a deadline of December 8, 2000, for filing dispositive motions.

2. The parties have recently completed discovery in this case, which included the taking of depositions of key witnesses. Based upon that discovery, both parties anticipate the filing of dispositive motions. Indeed, the undersigned believes that most, if not all, issues in this case can be resolved on cross-motions for summary judgment. In order to properly prepare their respective summary judgment motions, however, both parties will need the deposition transcript of one of the key witnesses. That transcript is still in the process of being prepared, and will not be received in time to meet the December 8, 2000, filing deadline. Further, due to unforeseen scheduling conflicts, the undersigned cannot adequately prepare and file a dispositive motion by the current December 8, 2000, deadline. Specifically, the undersigned are presently involved in an administrative hearing that commenced November 28, 2000, and was expected to last only a few days. That hearing has now progressed into the present week and is not expected to conclude until December 8, 2000.

3. Based upon the foregoing circumstances, Defendant respectfully requests that the Court grant this request for an enlargement of time in the amount of two weeks, through and including December 22, 2000, within which to file dispositive motions. This is the first time the parties have requested an extension of the dispositive motions filing deadline.

4. Undersigned counsel certify that their office has discussed this request for an enlargement of time with Plaintiff's counsel, and that Plaintiff's counsel authorized Counsel for Defendant to advise the Court that Plaintiff agrees with this request for an enlargement of time.

WHEREFORE, Defendant respectfully requests a two-week enlargement of time, through and including December 22, 2000, within which to file dispositive motions.

Suite 3600
First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2338
(305) 358-5500 (Miami-Dade)
(954) 522-0393 (Broward)
(305) 379-3802 (Fax)

MULLER, MINTZ, KORNREICH, CALDWELL,
CASEY, CROSLAND & BRAMNICK, P.A.

By _____
Gordon D. Rogers
grogers@mullermintz.com
Florida Bar No. 240168

By _____
Debra M. Lubkin
dlubkin@mullermintz.com
Florida Bar No. 0992161

By _____
Leslie Miller Tomczak
ltomczak@mullermintz.com
Florida Bar No. 0126489
Counsel for Defendant

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this document has been furnished to Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Counsel for Plaintiff, Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301, by mail, this 6 day of December, 2000.

_____
Leslie Miller Tomczak

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,                            )
                                        )
              Plaintiff,                )
                                        )
v.                                      )
                                        )
THE SCHOOL BOARD OF BROWARD )
COUNTY, FLORIDA,                        )
                                        )
              Defendant.                )
_____ )

## ORDER GRANTING AGREED MOTION FOR
## ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

THIS MATTER comes before the Court upon Defendant's Agreed Motion for Enlargement of Time to File Dispositive Motions, filed December 6, 2000.

Upon due consideration of the motion and the record, it is hereby

ORDERED that Defendant's Agreed Motion is GRANTED. The parties shall have until and including December 22, 2000, to file dispositive motions.

DONE AND ORDERED in chambers, in Fort Lauderdale, Florida, this __ day of December, 2000.

                                                  WILLIAM P. DIMITROULEAS
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:

Gordon D. Rogers, Esquire
Mark J. Berkowitz, Esquire