UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,

        Plaintiff,

v.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

        Defendant.

_____

## ORDER GRANTING AGREED MOTION FOR
## ENLARGEMENT OF TIME TO FILE DISPOSITIVE MOTIONS

THIS MATTER comes before the Court upon Defendant's Agreed Motion for Enlargement of Time to File Dispositive Motions, filed December 6, 2000.

Upon due consideration of the motion and the record, it is hereby

ORDERED that Defendant's Agreed Motion is GRANTED. The parties shall have until and including December 22, 2000, to file dispositive motions.

DONE AND ORDERED in chambers, in Fort Lauderdale, Florida, this ___ day of December, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Gordon D. Rogers, Esquire
Mark J. Berkowitz, Esquire

