

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CHERYL SEARS,   CASE NO. 00-6017-CIV-DIMITRIOULEAS
    Plaintiff,   MAGISTRATE JUDGE SELTZER

vs.

THE SCHOOL BOARD OF
BROWARD COUNTY,
    Florida.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENALRGEMENT OF TIME TO FILE DISPOSITIVE MOTION

Plaintiff, Cherl Sears, by her undersigned counsel and pursuant to Fed.R.Civ.P 6(b) and Local Rule 7.1 of the Local Rules of the United States District Court For The Southern District of Florida, hereby files this Unopposed Motion For An Enlargement of Time To File Her Dispositive Motion. In support of this Motion, the Plaintiff would show the Court as follows:

1. According to the Court's Pre-Trial Order, dispositive motions are due to be filed on December 8, 2000.

2. Undersigned counsel requires some additional time in which to file her Motion For Summary Judgment.

3. Undersigned counsel requests a brief enlargement of time until and including December 18, 2000, in which to file the Plaintiff's Motion For Summary Judgment.

4. Defense counsel, the Office of Gordon Rodgers, has no objection to the relief requested herein.

1



**WHEREFORE**, the Plaintiff, Cherl Sears, respectfully requests that the Court grant the Motion For Enlargement of Time Fir The Filing Of Her Motion For Summary Judgment.

> Respectfully submitted,
>
> Mark J. Berkowitz, P.A.
> 524 S. Andrews Avenue
> Suite 200N
> Ft. Lauderdale, Florida 33301
> (954) 527-0570 Telephone
> (954) 463-5428 Telecopier
> Fla. Bar No. 369391
>
> By: Mark J. Berkowitz

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular mail on this 8th day of December, 2000, to Gordon Rodgers, Esq. Muller, Mintz, et al., 200 S. Biscayne Blvd. Suite 3600, Miami, Florida 33131.

Mark J. Berkowitz