

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CHERYL SEARS,                    CASE NO. 00-6017-CIV-DIMITRIOULEAS
    Plaintiff,                MAGISTRATE JUDGE SELTZER

vs.

THE SCHOOL BOARD OF
BROWARD COUNTY,
    Florida.
_____/

### ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ENALRGEMENT OF TIME TO FILE DISPOSITIVE MOTION

THIS CAUSE came before the COURT upon the Motion of the Plaintiff for an Enlargement of Time In Which To File Her Motion For Summary Judgment. After reviewing the file, IT IS HEREBY ORDERED AND ADJUDGED THAT THE MOTION IS _Granted_. Plaintiff shall file her dispositive motion on or before _December 18, 2000_.

Done and Ordered in chambers at Ft. Lauderdale, Broward County, Florida on this _8_ day of _December_, 2000.

UNITED STATES DISTRICT JUDGE
William P. Dimitrouleas

cc:   Mark Berkowitz, Esq.
      Gordon Rodgers, Esq.

