UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CHERL SEARS,
      Plaintiff,      CASE NO. 00-6017-CIV-DIMITRIOULEAS
                       MAGISTRATE JUDGE SELTZER

vs.

THE SCHOOL BOARD OF
BROWARD COUNTY,
FLORIDA,
      Defendant.
_____/

## PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR THE COMPLETION OF MEDIATION

Plaintiff Cherl Sears, by her undersigned counsel and pursuant to Fed.R.Civ.P 6(b) and Local Rule 7.1 of the Local Rules of the United States District Court For The Southern District of Florida, hereby files this Motion For An Enlargement of Time To Complete Mediation. In support of this Motion, the Plaintiff would show the Court as follows:

1. According to the Court's Pre-Trial Order, mediation is to be completed on or before December 22, 2000.

2. The Plaintiff has been unavailable to attend mediation since December 6, 2000, because of her mandatory attendance in employment training sessions.

3. Defense counsel, Mr. Rogers, has been out of his office for most of the month of December, 2000.

4. Undersigned counsel has contacted the office of defense counsel Gordon Rogers and the Defendant has no objection to the relief requested herein.

1



5.  Therefore, the parties respectfully request that they be permitted to complete mediation on or before January 16, 2000.

**WHEREFORE**, the Plaintiff, Cherl Sears, respectfully requests that the Court grant the Motion For Enlargement of Time To Complete Mediation.

> Respectfully submitted,
>
> Mark J. Berkowitz, P.A.
> 524 S. Andrews Avenue
> Suite 200N
> Ft. Lauderdale, Florida 33301
> (954) 527-0570 Telephone
> (954) 463-5428 Telecopier
> Fla. Bar No. 369391
>
> By: Mark J. Berkowitz

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular mail on this 15th day of December, 2000, to Gordon Rogers., Muller, Mintz, et al., 200 S. Biscayne Blvd., Suite 3600, Miami, Florida 33131.

Mark J. Berkowitz

2