UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS

CHERL SEARS,

    Plaintiff,

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court upon Plaintiff, Cherl Sears' Motion for Enlargement of Time for the Completion of Mediation, filed herein on December 15, 2000. The Court has carefully considered the motion, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** Plaintiff's Motion for Enlargement of Time is hereby **GRANTED**. Parties shall Complete Mediation on or before January 16, 2000.

**DONE AND SIGNED** in Chambers at Fort Lauderdale, Florida, this ___18___ day of December, 2000.

                                              _____
                                              WILLIAM P. DIMITROULEAS
                                              United States District Judge

Copies furnished to:

Mark Berkowitz, Esq.
Gordon Rogers, Esq.

