UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS,

    Plaintiff,

v.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

    Defendant.

### ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW

THIS CAUSE came before the Court upon Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum of Law. Upon due consideration of said motion and the record, it is hereby

ORDERED AND ADJUDGED that Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's Motion for Summary Judgment and Memorandum of Law is GRANTED. Defendant shall have until and including January 12, 2001, within which to file its response to Plaintiff's Motion for Summary Judgment and Memorandum of Law.

DONE AND ORDERED in Chambers, in Fort Lauderdale, Florida, this 28 day of December, 2000.

WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished To:
Gordon D. Rogers, Esquire, Muller, Mintz, Kornreich, Caldwell, Casey, Crosland & Bramnick, P.A., Suite 3600, 200 South Biscayne Boulevard, Miami, Florida, 33131; Telephone (305) 358-5500; Facsimile (305) 379-3802

Mark J. Berkowitz, Esquire, Mark J. Berkowitz, P.A., Suite 200N, 524 South Andrews Avenue, Fort Lauderdale, Florida 33301; Telephone (954) 527-0570; Facsimile (954) 463-5428

