

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CHERYL SEARS,      CASE NO. 00-6017-CIV-DIMITRIOULEAS
    Plaintiff,      MAGISTRATE JUDGE SELTZER

vs.

THE SCHOOL BOARD OF
BROWARD COUNTY,
    Florida.
_____/

### PLAINTIFF'S UNOPPOSED MOTION FOR ENALRGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Cherl Sears, by her undersigned counsel and pursuant to Fed.R.Civ.P 6(b) and Local Rule 7.1 of the Local Rules of the United States District Court For The Southern District of Florida, hereby files this Unopposed Motion For An Enlargement of Time To File A Response To The Defendant's Motion For Summary Judgment. In support of this Motion, the Plaintiff would show the Court as follows:

1. Plaintiff's Response To The Defendant's Motion For Summary Judgment is due to be filed on January 8, 2001.

2. Undersigned counsel requires some additional time in which to file a Response To the Defendant's Motion For Summary Judgment.

3. Undersigned counsel requests a brief enlargement of time until and including January 15, 2000, in which to file the Plaintiff's Response To The Defendant's Motion For Summary Judgment.

4. Undersigned counsel has contacted the office of Defense counsel, and opposing counsel has no objection to the relief requested herein.

1



**WHEREFORE**, the Plaintiff, Cherl Sears, respectfully requests that the Court grant the Motion For Enlargement of Time For The Filing Of Her Response To The Defendant's Motion For Summary Judgment.

Respectfully submitted,

Mark J. Berkowitz, P.A.
524 S. Andrews Avenue
Suite 200N
Ft. Lauderdale, Florida 33301
(954) 527-0570 Telephone
(954) 463-5428 Telecopier
Fla. Bar No. 369391

By: Mark J. Berkowitz

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular mail on this 8th day of January, 2001, to Gordon Rodgers, Esq. Muller, Mintz, et al., 200 S. Biscayne Blvd. Suite 3600, Miami, Florida 33131.

Mark J. Berkowitz