FILED UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
2001 JAN 16  FT. LAUDERDALE DIVISION

CLERK U.S. DIST. CT.
S.D. OF FLA.

CHERYL SEARS,              CASE NO. 00-6017-CIV-DIMITRIOULEAS
    Plaintiff,             MAGISTRATE JUDGE SELTZER

vs.

THE SCHOOL BOARD OF
BROWARD COUNTY,
    Florida.
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement of the issues in dispute in this matter and that a stipulation of dismissal will be forthcoming.

Respectfully submitted,

Mark J. Berkowitz, P.A.
524 S. Andrews Avenue
Suite 200N
Ft. Lauderdale, Florida 33301
(954) 527-0570 Telephone
(954) 463-5428 Telecopier
Fla. Bar No. 369391

By: Mark J. Berkowitz

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent by regular mail on this 16th day of January, 2001, to Gordon Rogers, Esq., Muller, Mintz, et al., 200 S. Biscayne Blvd. Suite 3600, Miami, Florida 33131.

Mark J. Berkowitz

