UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6017 CIV DIMITROULEAS/SELTZER

CHERL SEARS

    Plaintiff,

vs

THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA,

    Defendant.
_____/

## *MEDIATOR'S REPORT*

This matter came before the undersigned Florida Supreme Court Certified Civil Mediator and Certified Federal Mediator on Monday, January 15, 2001, at which time all parties and counsel appeared in person and an agreement was reached. Attached hereto is a copy of the stipulation for dismissal with prejudice.

Done in Miami, Dade County, Florida, this 16th day of January 2001.

                        MELVIN A. RUBIN, Mediator
                        Florida Bar No. 116042
                        111 Majorca Avenue, Suite A
                        Coral Gables, Florida 33134
                        Tel: 305-446-4630

                        By: _____
                              Melvin A. Rubin

Copies furnished to:
Mark Berkowitz, Esq.
Gordon D. Rogers, Esq.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS/SELTZER

CHERL SEARS, )
)
         Plaintiff, )
)
v. )
)
THE SCHOOL BOARD OF BROWARD )
COUNTY, FLORIDA, )
)
         Defendant. )
_____)

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

The Plaintiff, CHERL SEARS, and the Defendant, THE SCHOOL BOARD OF BROWARD COUNTY, FLORIDA, through their respective undersigned counsel, hereby stipulate to the immediate dismissal of this action with prejudice, in its entirety with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| LAW OFFICE OF<br>MARK J. BERKOWITZ, ESQUIRE<br>MARK J. BERKOWITZ, P.A.<br>Suite 200N<br>524 South Andrews Avenue<br>Fort Lauderdale, Florida 33301<br>(954) 527-0570 (Telephone)<br>(954) 463-5428 (Fax)<br><br>By _____<br>Mark J. Berkowitz<br>Florida Bar No. 369391 | MULLER, MINTZ, KORNREICH, CALDWELL,<br>   CASEY, CROSLAND & BRAMNICK, P.A.<br>Suite 3600<br>First Union Financial Center<br>200 South Biscayne Boulevard<br>Miami, Florida 33131-2338<br>(305) 358-5500 (Miami-Dade)<br>(954) 522-0393 (Broward)<br>(305) 379-3802 (Fax)<br><br>By _____<br>Gordon D. Rogers<br>grogers@mullermintz.com<br>Florida Bar No. 240168 |