UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6017-CIV-DIMITROULEAS

CHERL SEARS,

     Plaintiff,

vs.

THE SCHOOL BOARD OF BROWARD
COUNTY, FLORIDA,

     Defendant.

_____/

## **FINAL ORDER OF DISMISSAL**

THIS CAUSE is before the Court upon the Joint Stipulation for Final Order of Dismissal

With Prejudice, filed by Plaintiff and Defendant, filed herein on January 22, 2001. The Court

has carefully reviewed the Stipulation of Dismissal, and being otherwise fully advised in the

premises, it is

     **ORDERED AND ADJUDGED** as follows:

     1. The Joint Stipulation for Final Order of Dismissal With Prejudice, filed herein by the

Plaintiff and Defendant is hereby approved by the Court;

     2. The above-styled action is hereby **DISMISSED** with prejudice;



3. The Clerk of This Court is directed to deny all pending motions as moot; and

4. This case is closed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this ___23___ day of January, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

copies to:

Mark J. Berkowitz, Esq.
Gordon D. Rogers, Esq.

2